

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00098-CR

| | | |
|---|---|---|
| CHARLES CLEVELAND NOWDEN, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1182411D) |
| V. | § | January 21, 2021 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order. The order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker